# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 08-07098 MCF |
| FRANCISCO RIVERA MORALES<br>JUDITH TORRES LOPEZ | Chapter 13 |
| XXX-XX-9897<br>XXX-XX-1382 | |
| | FILED & ENTERED ON 11/22/2010 |
| Debtor(s) | |

## ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC § 1329 to confirm the amended plan dated 10/05/2010 (docket entry # 42). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of November, 2010.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:    DEBTOR(S)
       MADELINE SOTO PACHECO
       JOSE RAMON CARRION MORALES